DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MOVING FORWARD, LLC,** a New Jersey Limited Liability Company,
Appellant,

v.

**ELI FRANK,**
Appellee.

No. 4D22-1713

[February 2, 2023]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerald Joseph Curley, Judge; L.T. Case No. 502022CA001373.

SeanCarlo Lopez of Lopez Law Group, LLC, Saint Petersburg, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***